**Order entered September 23, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-00625-CV

### DAY INVESTMENT GROUP, LLC, JASON MARTINEZ, AND ANGELA YAUN, Appellants

### V.

### COLBY DAUCH, BRIANNA DAUCH AND WAYNE M. TAYLOR, AS SUBSTITUTE TRUSTEE, Appellees

### On Appeal from the 416th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 416-02300-2020

### ORDER

The deadline for filing the reporter' record in this appeal was suspended pending the Court's determination of its jurisdiction. From a review of appellants' jurisdictional letter brief, it appears the reporter's record may be necessary to determine jurisdiction. Accordingly, we **ORDER** Destiny M. Moses, Official Court Reporter for the 416th Judicial District Court, to file the reporter's record no later than October 6, 2020.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Moses and the parties.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE